IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGELA MUÑIZ-GARCIA,<br><br>      Plaintiff<br><br>      v.<br><br>DR. JUAN M. MALDONADO-RABELO,<br>et al.,<br><br>      Defendants | CIVIL NO. 07-1376 (JP)<br><br>**UNDER SEAL** |

**FINAL JUDGMENT**

The parties hereto, Plaintiff Angela Muñiz-García and Defendants Dr. Juan M. Maldonado-Rabelo and SIMED, have informed the Court that they have settled this case (No. 34). Pursuant thereto, the Court **ENTERS JUDGMENT** for Plaintiff to have and recover a sum of thirty thousand dollars ($30,000.00) from Defendants. All other terms and conditions of the settlement agreement are further incorporated herein.

This Judgment is a release from all causes of action exercised in the complaint, and all causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of costs or attorney's fees.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 29th day of July, 2008.

                                                      s/Jaime Pieras, Jr.
                                                      JAIME PIERAS, JR.
                                            U.S. SENIOR DISTRICT JUDGE